UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : Case: 1:21-mj-00525 |
| | : Assigned To : Meriweather, Robin M. |
| v. | : Assign. Date : 7/14/2021 |
| | : Description: COMPLAINT W/ ARREST WARRANT |
| **GLENN MATTHEWS,** | : |
| | : |
| **Defendant.** | : |

STATEMENT OF OFFENSE
IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Melia Dickinson, a Task Force Officer with the Federal Bureau of Investigation (FBI), Washington Field Office, being duly sworn, depose and state as follows:

### I.    INTRODUCTION

1. I am a Detective with the Metropolitan Police of the District of Columbia (MPDC). I have been in this position since 2018. I am currently assigned as a Detective to the Youth and Family Services Division (YFSD), Internet Crimes Against Children (ICAC) Branch, where my duties include conducting investigations pertaining to the sexual abuse and exploitation of children and on-line offenses involving children, including the production, transportation, distribution, receipt and possession of child pornography. During my tenure with the Metropolitan Police Department, I have been assigned to the First District Patrol Operations and, since 2018, to the Youth and Family Services Division, including the Missing Persons Branch (MPB) and the Child Physical and Sexual Abuse Branch (PSAB).

2. As a Task Force Officer for the FBI, I am authorized to investigate violations of laws of the United States and to execute arrest warrants issued under the authority of the United States.

3.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Glenn Matthews** (DOB (05/XX/1989) for violations of 18 U.S.C. § 2251(a) and (e) (attempted production of child pornography), 18 USC § 2422(b) (attempted enticement and enticement of a minor), and 18 U.S.C. § 1470 (sending obscene material to a minor).

## II.     PROBABLE CAUSE

4. On April 7, 2021, your affiant obtained a federal search warrant in the District of Columbia for the Instagram account of **Glenn Matthews** after receiving information that the user of the account had masturbated on video chat utilizing the account.

5. Your affiant reviewed the search warrant return and observed that the account user frequently identified himself as Glenn, told several users he was from "dc," identified his age as 31, and, in one chat, sent a photograph of himself to another user, stating, "that's me." Your affiant reviewed the photograph and the person in the photo appears to be the same individual depicted in a law enforcement database as **Glenn Matthews** (DOB 05/XX/1989).

6. While reviewing the search warrant return, your affiant observed that **Matthews** had sent at least ten different users, all of whom identified themselves as minors, images of his penis and/or videos of himself masturbating. For at least nine of these individuals (MV-2 through MV-10), **Matthews** sent the images/videos after being advised of the purported minor's age. Examples of some of these conversations are described below.

7. In a conversation with MV-2 initiated on September 3, 2020 by **Matthews**, **Matthews** asked MV-2 if he could show her "something," and then explained it was a video of him masturbating. He then stated he would send pictures of his penis first. **Matthews** then sent two pictures of his penis. Additionally, **Matthews** told MV-2 that he was from D.C. and asked if MV-2 also lived in D.C. She said that she did. **Matthews** later asked MV-2, "if I

showed you my dick will you touch it?" and "if I was there with you will you let me eat your pussy." He asked if she was a "virgin" and asked again, "will you really let me eat your pussy?" He mentioned meeting up multiple times. At one point, he asked her if she could meet on Wednesday, asking her "what part dc you from?" He continued to follow up on the meeting, sending a message on September 15, 2020 suggesting Anacostia Metro Station "for I can fuck that pussy." In discussing the location for the meeting, **Matthews** acknowledged MV-2's age stating, "Lol that's only place must I remind you you 15 I'm 31 I can take you to my house only place." After MV-2 appears to have sent a voice message to **Matthews**, **Matthews** responded, "Naw cause that building is big as shit no lie I'm trying take you on the 11 floor and bust you on the Staircase." **Matthews** sent three additional videos of himself masturbating to MV-2. MV-2 has been identified, resides in Washington D.C., has a date of birth in 2004, and was 15 at the time of the September 2020 conversations.

8. On November 1, 2020, **Matthews** initiated a conversation with MV-3. Within the first six messages, MV-3 told **Matthews**, "I'm only 13 dumb asss." **Matthews** told MV-3 that they were only texting. On November 5, 2020, **Matthews** asked MV-3, "Can I show you something" and proceeded to explain, "it's a video me beating my dick." **Matthews** then sent a video of himself masturbating, and then sent an image of his penis to MV-3, asking MV-3 if his penis is small. MV-3 has been identified, resides in Michigan, and has a date of birth in 2007. She was interviewed and confirmed she was sent the above-described video and image.

9. On July 27, 2020, **Matthews** initiated a conversation with MV-5. He asked where she was from and told her that he was from D.C. MV-5 responded that she was from Kansas but that she was going to D.C. the following summer. **Matthews** then stated, "Yea wish I could see

when you come dc." **Matthews** told MV-5 that he did not care about age, stating he is 31. When MV-5 stated she was 15, **Matthews** replied, "O ok idc if we chill I got my own place know one will know." MV-5 asked what they would do and suggested she knew **Matthews** would want to do more than put his arms around her if they met up. **Matthews** agreed, telling her he was "going to want to taste [her] pussy." Several months later, on September 27, 2020, MV-5 and **Matthews** exchanged messages, and MV-5 sent **Matthews** a photograph of a female with a towel on, telling him it was a photograph of her. **Matthews** stated, "O yeah, that's a towel" and then told her, on October 2, "Need to take that towel off." "I need see what's under that towel."

10. That same day, as they continued to discuss meeting up, **Matthews** (appearing to forget that she lived far away) told her he stayed at NE Benning Road area and asked if they could meet the following day. **Matthews** sent an image of his penis to MV-5. During the conversation, **Matthews** asked MV-5, "show me something" on multiple occasions. MV-5 stated "ion send nudes," to which **Matthews** replied that she had sent him a video of her masturbating. MV-5 insisted that the video was not her and, after a brief exchange, MV-5 sent an explicit video of a nude female stating, "Here damn." The female, whose face was obstructed, was masturbating. **Matthews** stated, "That not you" and asked MV-5 to show her nails to prove that it was her, and MV-5 stated that the video was taken approximately one month before. **Matthews** then told MV-5, "Make a video now." When MV-5 stated that she did not want to, **Matthews** told her to "Send some more old shit." MV-5 has been identified, resides in Kansas, and is between the ages of 13 and 16 years old.

11. On July 29, 2020, **Matthews** initiated contact with MV-10, a 15-year old. **Matthews** said that he was from D.C. He asked where MV-10 was from and MV-10 said he lived in

Alabama.  **Matthews** disclosed to MV-10 that he is bisexual and likes both boys and girls. MV-10 told **Matthews** not to hit on him or make moves because he is not gay. When **Matthews** told MV-10 that he could not make that promise, MV-10 told him that they could be just friends or they can't talk. **Matthews** and MV-10 engaged in a conversation about girls and masturbating. **Matthews** told MV-10 why he liked being with boys, and then told MV-10 he was going to show him his penis. **Matthews** then sent MV-10 two images of his penis and a masturbation video. In the course of the chat, it appeared that MV-10 sent **Matthews** a picture of his penis, as **Matthews** replied, "Damn yea your dick big damn" in response to an attachment that was not viewable.

12. MV-10 then told **Matthews** that he could tell that **Matthews** had taken a screenshot of the photo he sent, and asked for **Matthews** to send it to him. **Matthews** then sent the screenshot, which appeared to be an image of MV-10's penis, to MV-10.  MV-10 disclosed to **Matthews** that he was about to masturbate, **Matthews** told him, "make a video."  MV-10 did not make any videos, and eventually blocked **Matthews**, and then unblocked him. **Matthews** told MV-10 not to block him again, and sent a screenshot which communicated to MV-10 that he knew who MV-10's friends were and threatened to send screenshots to them if MV-10 blocked **Matthews**. MV-10 told him, "Im 15 n u doing this." **Matthews** continued to order MV-10 to listen to **Matthews** and do what he said. MV-10 told **Matthews** that he would not block him, but would not do what he said. **Matthews** replied, "You going do what the fuck I say you mine. If you don't I will send it to your family and friends screenshots" "say yes." The chat continued in a similar manner with **Matthews** demanding that MV-10 do what he said and MV-10 refusing.  MV-10 has been identified, has a date of birth in 2005, and resides

in Alabama. MV-10 was interviewed and stated that his account was hacked and that he did not send any photos.

## CONCLUSION

13. Based on all of the information outlined above, your Affiant believes that probable cause exists that **Glenn Matthews** (DOB: 0X/XX/1989) has committed violations of 18 U.S.C. § 2251(a) and (e) (attempted production of child pornography), 18 USC § 2422(b) (attempted enticement and enticement of a minor), and 18 U.S.C. § 1470 (sending obscene material to a minor).

Respectfully submitted,

_____
Melia Dickinson
Detective
MPDC

Subscribed and sworn to before me on this 14th day of July, 2021

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE