UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 21-mj-525 |
| | : |
| GLENN MATTHEWS, | : |
| | : |
| Defendant. | : |

**ORDER**

This matter having come before the Court pursuant to a Consent Motion to Continue and for Excludable Delay, it is hereby

ORDERED that, after taking into account the public interest in the prompt disposition of criminal cases, good cause exists to extend the Preliminary Hearing from December 17, 2021 to January 25, 2022 at 2:00 PM before Magistrate Judge G. Michael Harvey; it is

FURTHER ORDERED that the period from December 17, 2021 to January 25, 2022 be excluded from computing the time within which an information or indictment must be filed under the Speedy Trial Act because the ends of justice served by such a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The Court finds that the pandemic has presented complications here that make it difficult for defense to meet with his client and prepare, and that delay is necessary for the parties to work on a potential resolution.

Entered:  December 6, 2021 _____

ZIA M. FARUQUI
United States Magistrate Judge