## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 21-MJ-525 |
| | : |
| GLENN MATTHEWS, | : |
|     Defendant. | : |

### UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING

Glenn Matthews, by and through counsel, respectfully moves this Honorable Court to Continue the Preliminary Hearing in the above-captioned matter, currently scheduled for January 25, 2022 for 45 days. In support thereof, the defense states as follows:

1. Undersigned counsel was recently assigned this case.

2. The government and defense counsel have conferred and are continuing to communicate in an effort to resolve this matter. The government is also gathering discovery to provide to counsel for the defendant.

3. The parties, therefore, would respectfully request that the preliminary hearing be continued for 45 days.

4. The parties agree that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and that this adjournment will allow the parties to continue negotiations in an effort to achieve a resolution before trial.

Wherefore, the parties respectfully request that the Court continue the Preliminary Hearing in this matter until after March 11, 2022, or to a date after that date convenient to the Court's calendar.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 16th day of January 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender